18ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO.: 1047256    DIVISION "A"

TRENTON HARTMAN

VERSUS

PATRICK BRADSHAW AND BLUE DIAMOND TRANSPORTATION, LLC.

FILED: _FAXED 2/9/22_    _____
DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **TRENTON HARTMAN**, a person of the full age of majority and domiciled in Parish of St. Charles, State of Louisiana does with respect represent

I.

That made the defendants herein are:

1. **PATRICK BRADSHAW**, a person of the full age of majority and domiciled in the county of Broward, State of Florida;

2. **BLUE DIAMOND TRANSPORTATION**, a foreign corporation authorized to do and doing business in the State of Louisiana.

II.

On or about March 9, 2021, petitioner, **TRENTON HARTMAN**, was operating a 2021 box truck in the left lane of East I-10 in West Baton Rouge Parish, Louisiana, when suddenly and without warning his vehicle was violently rear-ended by a 2000 18-wheeler truck operated by defendant, **PATRICK BRADSHAW**, causing damages and injuries to petitioner, **TRENTON HARTMAN**.

III.

The above described collision was caused by the negligence of the defendant, **PATRICK BRADSHAW**, which negligence is more particularly described as follows:

  a. Failing to see what he should have seen;

  b. Failing to keep a proper lookout;

  c. Operating a vehicle in a careless and reckless manner;

  d. Inattention;

  e. Failure to use reasonable vigilance

  f. Striking the rear of another vehicle;

g. Traveling with too much weight on tractor/box trailer

h. Violating the rules of road, and more particularly, the Motor Vehicle Laws of the Parish of West Baton Rouge, State of Louisiana, which are pled herein by reference;

i. Any and all acts of other negligence which may be proven at the time of trial.

IV.

The above described collision was caused by the negligence of the defendant, **BLUE DIAMOND TRANSPORTATION, LLC.**, which negligence is more particularly described as follows:

a. Failure to ensure that defendant, **PATRICK BRADSHAW**, could safely operate overweight trailers.

b. Failure to train defendant, **PATRICK BRADSHAW**.

c. Failure to secure defendant, **PATRICK BRADSHAW'S**, driving record.

d. Any and all other acts of negligence which may be proven at the time of trial.

V.

That as a result of the above negligence, petitioner, **TRENTON HARTMAN**, sustained the following injuries:

a. Disc herniation at L5-S1;

b. Acute cervical strain/sprain;

c. Acute trapezius strain/sprain;

d. Acute lumbar strain/sprain;

e. Acute sacroiliac joint strain;

f. Left knee contusion;

g. Tear of lateral meniscus;

h. Stiffness, instability, and pain of left knee;

i. Effusion of left knee;

j. Pain of the patellofemoral joint, lateral joint, and posterior popliteal area;

k. Sprain/tear of the proximal aspect of the medial collateral ligament;

l. Injury to muscles, nerves, tissues, joints and discs of the cervical and lumbar spine.

VI.

That as a result of the above joint negligence of defendants, your petitioner suffered the following damages for which he is entitled to recover from the defendant, in solido, in amounts that will be shown through discovery and proven at trial:

> Past, present, and future medicine, drugs, hospitalization, medical care, attendant and support care, pain and suffering, residual disabilities, mental anguish, emotional upset and distress, loss of enjoyment of life, loss of personal services, and other psychological sequelae.

Your Petitioner prays for those damages that are just and reasonable under the facts and circumstances of this case.

VII.

At the time of this accident, **BLUE DIAMOND TRANSPORTATION, LLC**, had obtained a policy of liability insurance through, **ARGONAUT INSURANCE COMPANY**, which insured the vehicle and its driver. **ARGONAUT INSURANCE COMPANY**'s policy of insurance was in full force and effect at the time of the accident described above. Accordingly, petitioner has a right of direct action against **ARGONAUT INSURANCE COMPANY**, as the liability insurance carrier of **BLUE DIAMOND TRANSPORTATION, LLC**.

VIII.

At all material times herein mentioned driver, **PATRICK BRADSHAW**, was employed with **BLUE DIAMOND TRANSPORTATION, LLC** and under the principle of *respondeat superior* the acts of **PATRICK BRADSHAW** are imputed to **BLUE DIAMOND TRANSPORTATION, LLC.**

IX.

At the time of the above described accident, defendant, **PATRICK BRADSHAW**, has a policy of commercial liability coverage that provided uninsured/underinsured coverage to defendant, **PATRICK BRADSHAW**, through **UNDERWRITERS AT LLOYD'S OF LONDON** under policy number NORTH3652020.

WHEREFORE petitioner, **TRENTON HARTMAN**, prays that the defendant be duly cited and served with a copy of the petition for damages and that after due proceedings are had that there be judgement herein in his favor against the defendants, **PATRICK BRADSHAW** and **BLUE DIAMOND TRANSPORTATION, LLC.**, jointly, severally and in solido, in an amount sufficient to compensate petitioner for the damages he sustained in addition to legal interests thereon from date of demand until paid, and all costs of these proceedings.

Respectfully Submitted:

Patrick G. Kehoe, Jr. #14419
Rebecca Kehoe Thompson #37746
3524 Canal Street
New Orleans, LA 70119
Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email: pgkehoejr@kehoejr.com
rkehoethompson@kehoejr.com

**PLEASE SERVE:**

Patrick Bradshaw
Through the Louisiana Long Arm Statute
5586 Lakewood Circle
Margate, FL 33063

Patrick Bradshaw
Through Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Blue Diamond Transportation, LLC
Through Louisiana Long Arm Statute
Through its Agent for Service
Bruce W. Sargent
P.O. Box 1798
Presque Isle, ME 04769

CERTIFIED TRUE COPY
FEB 10 2022
BY _____
DEPUTY CLERK
WEST BATON ROUGE PARISH

## NOTICE OF SERVICE

**TRENTON HARTMAN**

Versus

**PATRICK BRADSHAW, ET AL**



Case: 00001047256
Division: A
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO: PATRICK G. KEHOE JR.
PATRICK G., JR. KEHOE
3524 CANAL STREET
NEW ORLEANS, LA 70119

Date of Service: February 18, 2022

Personal/Domiciliary: Personal

Party Served: **PATRICK BRADSHAW THRU SECRETAERY OF STATE**

Issued by the Clerk of Court on March 2, 2022.

**Pleading Served:**
**CITATION**

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
P.O. Box 107
Port Allen, LA 70767

[ FILE COPY ]

18th JUDICIAL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 1047256                                                         DIVISION "A"

TRENTON HARTMAN

VERSUS

PATRICK BRADSHAW AND BLUE DIAMOND TRANSPORTATION, LLC.

FILED: _____      _____
                                     DEPUTY CLERK

## **A F F I D A V I T**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

PATRICK G. KEHOE, JR.

who, upon first being duly sworn, did depose and state:

That on February 24, 2022, the Citation and Petition for Damages was served via Certified Mail No.:7020 2450 0000 4645 5350(see attached Exhibit 1, copy of service citation), upon defendant, Blue Diamond Transportation, LLC, Through its Agent of Service, Bruce W. Sargent, P.O. Box 1798, Presque Isle, ME 04769. Further affiant sayeth not.

_____
Patrick G. Kehoe, Jr., Bar #14419

SWORN TO AND SUBSCRIBED,
BEFORE ME THIS _____ DAY
OF March, 2022.

_____
Michael D. Riley, Bar #17116
Notary Public

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>Blue Diamond Transportation, LLC<br>Through The Louisiana Long Arm Statute<br>Through its Agent of Service<br>Bruce W. Sargent<br>P. O. Box 1798<br>Presque Isle, ME 04769<br><br>9590 9402 3340 7227 4057 28 | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_____                  2/24/22<br>D. Is delivery address different from item 1? ☐ Yes<br>   YES, enter delivery address below:       ☐ No |
| 2. Article Number (Transfer from service label)<br>7020 2450 0000 4645 5350 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

EXHIBIT
tabbies
1

# PATRICK G. KEHOE JR.
A Professional Law Corporation
833 Baronne Street
NEW ORLEANS, LOUISIANA 70113

NOTARY PUBLIC

*Sufficient funds available*

Telephone: (504) 588-1110
Facsimile: (504) 588-1954
Email: pgkehoejr@kehoejr.com

# C O V E R

# FAX

# S H E E T

**To:** 18th JDC Clerk of Court, Civil Department

**FAX:** 225.383.3694

**Subject:** Fax filing proof of long arm service
Hartman vs. Bradshaw, et al Docket No. 1047256



**Date:** March 10, 2022
**Pages:** 3  (including cover sheet)

COMMENTS:

Dear Sir/Madam,

Attached please find your fax copy of our proof of long arm service. Upon receipt and review of the same, please confirm receipt along with the cost of this request.

Your professional and prompt attention to this request is appreciated.

Sincerely,

Regina L. Ferand,
Legal Assistant to Patrick G. Kehoe, Jr.

From the Desk of:
Patrick G. Kehoe, Jr.
pgkehoejr@kehoejr.com